UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Donna Scott, *et al*.,**
on behalf of themselves and others
similarly situated,

    **Plaintiffs,**                              Case No. 2:25-cv-261

    v.                                        Judge Michael H. Watson

**American Oncology**              Magistrate Judge Deavers
**Partners, P.A.,**

    **Defendant.**

## ORDER

Plaintiffs filed a Second Amended Complaint, ECF No. 32, on August 11, 2025, with Defendant's written consent.[1] Accordingly, Defendant's pending motion to dismiss, ECF No. 20, is **DENIED as moot**.

The Clerk shall terminate ECF No. 20 as a pending motion.

**IT IS SO ORDERED.**

                                              /s/ Michael H. Watson
                                              **MICHAEL H. WATSON, JUDGE**
                                              **UNITED STATES DISTRICT COURT**

---

[1] When not amending as a matter of course, "a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2).